FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

DENT 230883
(Last Name) (Identification Number)

DEANGELO DEMON
(First Name) (Middle Name)

EMCF (East Mississippi Correctional Facility)
(Institution)

10641 Hwy 80 W Meridian, MS 39307
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 15 2021
ARTHUR JOHNSTON
BY ______ DEPUTY

V. CIVIL ACTION NUMBER: 3:21cv797-HTW-LGI
(to be completed by the Court)

Sanford Earl Knotts
Hinds County Sheriff's Department
Mississippi Bar Association

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ ) No ( )

B. Are you presently incarcerated?
Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ✓ ) No ( )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: DeAngelo Dent Prisoner Number: 230363

Address: EMCF [East Mississippi Correctional Facility] 10641 Hwy 80W
Meridian, MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Sanford Earl Knotts is employed as private attorney legal advisor at Sanford Knotts & Associates

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: ADDRESS:

DEFENDANT(S):

NAME: ADDRESS:

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:____________________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:____________________________________________

4. Name of judge to whom case was assigned:__________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)________________________________________

CASE NUMBER 2.

1. Parties to the action:____________________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:____________________________________________

4. Name of judge to whom case was assigned:__________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)________________________________________



## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Signed this 5th day of November, 20 21.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of plaintiff

Subscribed and sworn to before me in my presence, this 5 day of Nov 2021, a Notary Public in and for the County of Lauderdale State of MS

[signature]
(Signature) Notary Public

My Commission Expires Jan 18 20 25

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 270020
CASEY NEWELL
Commission Expires
Jan. 18, 2025
LAUDERDALE COUNTY